**Louis A. LA'MARR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54637.**

Missouri Court of Appeals,
Western District.

March 17, 1998.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and HANNA and HOWARD, JJ.

### ORDER

**PER CURIAM.**

Louis La'Marr appeals the denial after an evidentiary hearing of his Rule 24.035 motion for postconviction relief. Mr. La'Marr sought to vacate his conviction for receiving stolen property in violation of section 570.080, RSMo 1994, and sentence of five years imprisonment. The judgment of the motion court is affirmed. Rule 84.16(b).

**Darrell ISAIAH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54177.**

Missouri Court of Appeals,
Western District.

March 17, 1998.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and LOWENSTEIN and ELLIS, JJ.

### *ORDER*

**PER CURIAM.**

Darrell Isaiah appeals from the denial of his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).